IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*Electronically Filed*

| | |
|---|---|
| TUESDAY A. RASHAD, | ) |
|         Plaintiff | ) |
| v. | ) CAUSE NO. 3:18-cv-791-DJH |
| UPSTAGING, INC. and<br>MICHAEL SHANNON | ) Removed from Jefferson Circuit Court<br>) Civil Action No. 18-CI-005737 |
|         Defendants | ) |

## NOTICE OF REMOVAL

Come the Defendants, Upstaging, Inc. and Michael Shannon, by counsel, and for their Notice of Removal of this lawsuit to the United States District Court for the Western District of Kentucky at Louisville, hereby state as follows:

1. Upstaging, Inc. and Mr. Shannon are defendants in a lawsuit commenced by Plaintiff, Tuesday A. Rashad on October 2, 2018 in the Jefferson Circuit Court, Jefferson County, Kentucky, designated as Civil Action Number 18-CI-005737, the "Action." (*See* Plaintiff's Complaint which is Exhibit 1).

2. This Action arises as a result of injuries allegedly sustained by the Plaintiff in connection with an automobile accident on or about April 26, 2017 in Jefferson County, Kentucky. The Plaintiff has asserted negligence claims against Mr. Shannon and

his then-employer, Upstaging, in connection with the accident. The Defendants have denied the allegations of liability in their Answer to the Complaint.

3. According to the Complaint, Plaintiff Rashad was at all times relevant herein a citizen and resident of Jefferson County, Kentucky. The Plaintiff is not now nor was she at the time of the subject accident a citizen or resident of Illinois, Texas or the country of Canada. (*See* Exhibit 1).

4. The Defendant, Upstaging, Inc. is an Illinois corporation with a principal place of business at 821 Park Avenue, Sycamore, Illinois 60178. (*See* Exhibit 2). Upstaging, Inc. was a citizen of Illinois at the time Plaintiff initiated this action.

5. The Defendant, Michael Shannon is a citizen of Texas with a residence at 6614 Candlefire Court, Dallas, Texas 75248. Mr. Shannon currently resides on a temporary basis in the country of Canada. His temporary residence is located at 54 Dillman Road, Carrolls Corner, Nova Scotia, Canada B0N 1Y0. Mr. Shannon was a citizen of Texas and was temporarily residing in Canada at the time Plaintiff initiated this action.

6. The Plaintiff seeks an unlimited amount of compensatory damages in her Complaint. In addition, the Plaintiff through counsel has denied that her claimed damages are $75,000.00 or less (*See* Plaintiff's Responses to Defendant's Request for Admission, attached as part of the State Court Record in Exhibit 3). Therefore, the amount in controversy exceeds $75,000.00 exclusive of interest and costs.

7. This Action is within the Court's original jurisdiction pursuant to 28 U.S.C. §1332, by reason of the diversity of the citizenship of the parties and the amount in controversy. This Action is properly removed to this Court pursuant to 28 U.S.C.

§1441. This Notice is accompanied by copies of all service of process documents, pleadings, and orders served on the Defendants in this action and all pleadings filed by the Defendants in this action, including the Answer to the Plaintiff's Complaint (*See* attached Exhibit 3).

8. This Notice is being filed within 30 days after receiving the Plaintiff's response to Requests for Admission in which she has denied that her claimed damages are less than $75,000 exclusive of interest and costs, and the time for filing this notice under the statutes of the United States is unexpired.

9. This Notice is signed in compliance with the Rule 11 of the Federal Rules of Civil Procedure.

WHEREFORE, the Defendants, the Upstaging Inc. and Michael Shannon, by counsel, hereby notify the Court of their removal of this action from the Jefferson Circuit Court in Jefferson County, Kentucky.

Respectfully submitted,

SCHILLER BARNES MALONEY PLLC

*/s/ Stephen C. Keller*
_____
Stephen C. Keller, Esq.
401 West Main Street, Suite 1600
Louisville, KY 40202
PH: (502) 625-1694
FAX: (502) 779-9349
skeller@sbmkylaw.com
*Counsel for Defendants,*
*Upstaging, Inc. and Michael Shannon*

## CERTIFICATE OF SERVICE

      This will certify that a true and correct copy of the foregoing has been electronically filed with the Clerk of the Court by using the CM/ECF system on this 30th day of November, 2018, and that same has been sent by electronic mail to the following persons:

Michael P. Reilly, Esq.
Bernheim Dolinsky Kelley, LLC
414 Baxter Avenue, Suite 103
Louisville, KY 40204
MReilly@DueJustice.com
*Counsel for Plaintiff*


*/s/ Stephen C. Keller*
_____
SCHILLER BARNES MALONEY PLLC