# Exhibit 1

Filed          18-CI-005737   10/02/2018      David L. Nicholson, Jefferson Circuit Clerk
A true copy attest   18-CI-005737   10/02/2018      /s/David L. Nicholson, Jefferson Circuit Clerk

CIVIL NO.:                                          JEFFERSON CIRCUIT COURT
                                                                      DIVISION _____

TUESDAY A. RASHAD                                       PLAINTIFF

VS.

MICHAEL SHANNON
6614 Candlefire Court
Dallas, TX 75248

AND

UPSTAGING, INC.
821 Park Avenue
Sycamore, IL 60178                                             DEFENDANTS

**COMPLAINT**
(Electronically Filed)

       Plaintiff, Tuesday A. Rashad, by counsel, sets forth her Complaint against Defendants, Michael Shannon and Upstaging, Inc., as follows:

       1.      Plaintiff, at all times relevant herein, was and is a resident of the Commonwealth of Kentucky.

       2.      Defendant, Michael Shannon, at all times relevant herein, was and is a resident of Dallas, Texas with a mailing address of 6614 Candlefire Court, Dallas, Texas 75248.

       3.      Defendant, Upstaging, Inc., at all times relevant herein, was and is a foreign corporation with a mailing address of 821 Park Avenue, Sycamore, Illinois 60178.

1

Filed          18-CI-005737   10/02/2018      David L. Nicholson, Jefferson Circuit Clerk
A true copy attest   18-CI-005737   10/02/2018      /s/David L. Nicholson, Jefferson Circuit Clerk

Filed          18-CI-005737   10/02/2018   David L. Nicholson, Jefferson Circuit Clerk
A true copy attest   18-CI-005737   10/02/2018   /s/David L. Nicholson, Jefferson Circuit Clerk

4. On or about April 26, 2017, Plaintiff was driving a vehicle traveling northbound on Main Street in Louisville, Kentucky. Plaintiff's motor vehicle was subsequently involved in an accident with a semi-truck being driven by Defendant, Michael Shannon, which was owned by Defendant, Upstaging, Inc.

5. The motor vehicle accident in question occurred in Louisville, Jefferson County, Kentucky, therefore venue is proper.

6. On or about April 26, 2017, Plaintiff was driving her vehicle which was suddenly struck by a semi-truck being driven by Defendant Shannon and that collision was the sole fault of Defendant Shannon, as were the injuries sustained in the accident by the Plaintiff.

7. Upon information and belief, Defendant Shannon was employed as a driver by Defendant Upstaging, Inc. and was acting within the course and scope of his employment.

8. At all times relevant herein, Defendants owed a duty to the public and to the Plaintiff to exercise reasonable care and due diligence in the operation, maintenance and control of the semi-truck which was being operated on the date of the accident.

9. The negligent and reckless operation of the semi-truck by Defendants caused the subject collision and further inflicted personal injuries and damages upon the Plaintiff.

10. Defendants actions constituted a breach of their legal duty.

11. As a direct, proximate and foreseeable result of the breach of duty by Defendants, Plaintiff has suffered bodily injuries, resulting pain and

Filed          18-CI-005737   10/02/2018   David L. Nicholson, Jefferson Circuit Clerk
A true copy attest   18-CI-005737   10/02/2018   /s/David L. Nicholson, Jefferson Circuit Clerk

Filed          18-CI-005737    10/02/2018    David L. Nicholson, Jefferson Circuit Clerk
A true copy attest    18-CI-005737    10/02/2018    /s/David L. Nicholson, Jefferson Circuit Clerk

suffering, have incurred medical expenses, lost time from work and will continue to incur such expenses and experience pain and suffering as a result of her injuries sustained in the motor vehicle accident.

WHEREFORE, Plaintiff Tuesday A. Rashad, demands judgment against Defendants as follows:

1. Compensatory damages for Plaintiff's past, present and future physical, mental, and emotional pain and suffering and loss of enjoyment of life, in an amount not less than the jurisdictional minimum of this Court;

2. Compensatory damages for medical expenses incurred for the treatment of injuries sustained by Plaintiff in the subject motor vehicle accident and for future treatment that they are reasonably certain to require in the future;

3. Compensatory damages for any lost wages and impairment to her power to earn money the Plaintiff has incurred as a result of the physical injuries sustained in the subject motor vehicle accident;

4. Pre and post judgment interest at the applicable legal rate;

5. Plaintiff's costs herein expended, including reasonable attorney's fees;

6. Trial by jury; and

7. Any and all other relief to which Plaintiff may be entitled.

Filed          18-CI-005737    10/02/2018    David L. Nicholson, Jefferson Circuit Clerk
A true copy attest    18-CI-005737    10/02/2018    /s/David L. Nicholson, Jefferson Circuit Clerk

Presiding Judge: HON. MARY SHAW (630277)
Package : 000005 of 000006

Filed          18-CI-005737   10/02/2018        David L. Nicholson, Jefferson Circuit Clerk
A true copy attest  18-CI-005737   10/02/2018   /s/David L. Nicholson, Jefferson Circuit Clerk

Respectfully submitted,

_____
Michael P. Reilly
Bernheim Dolinsky Kelley, LLC
414 Baxter Avenue, Ste. 103
Louisville, KY 40204
P: (502) 625-1212
F: (502) 625-1720
E-Mail: MReilly@DueJustice.com
*Attorney for Plaintiff*

4

Filed          18-CI-005737   10/02/2018        David L. Nicholson, Jefferson Circuit Clerk
A true copy attest  18-CI-005737   10/02/2018   /s/David L. Nicholson, Jefferson Circuit Clerk

Presiding Judge: HON. MARY SHAW (630277)
Package : 000006 of 000006