UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

TUESDAY A. RASHAD,                                                                           Plaintiff,

v.                                                                    Civil Action No. 3:18-cv-791-DJH-CHL

MICHAEL SHANNON and UPSTAGING,
INC.,                                                                                      Defendants.

\* \* \* \* \*

### ORDER

The parties having agreed to a settlement of all matters in this case (Docket No. 17), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action is **DISMISSED** without prejudice. All dates and deadlines previously set in this matter are **VACATED**.

The parties shall tender an agreed order of dismissal with prejudice within **forty-five (45) days** of entry of this Order. The Court will entertain a motion to redocket the action within forty-five (45) days of entry of this Order in the event the settlement is not consummated.