UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

TUESDAY A. RASHAD,                                                                  Plaintiff,

v.                                                            Civil Action No. 3:18-cv-791-DJH-CHL

MICHAEL SHANNON and UPSTAGING,
INC.,                                                                     Defendants.

\* \* \* \* \*

## ORDER

The parties have filed a stipulation of dismissal with prejudice signed by all parties who have appeared. (Docket No. 20) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action stands **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and is **STRICKEN** from the Court's active docket.

October 15, 2019

**David J. Hale, Judge**
**United States District Court**

1